WILLIAM O. MARTIN, Jr. (135399)
R. BRYAN MARTIN (221684)
STEPHENIE M. ALEXANDER (234521)
HAIGHT BROWN & BONESTEEL LLP
6080 Center Drive, Suite 800
Los Angeles, California 90045-1574
Telephone: (310) 215-7100
Facsimile: (310) 215-7300

Attorneys for Plaintiff
DAKTRONICS, INC.

FILED
08 FEB 25 PM 3:37
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: CP DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAKTRONICS, INC., a South Dakota corporation,<br><br>Plaintiff,<br><br>vs.<br><br>FOUNDERS OF ARENA GROUP 2000 CORPORATION dba SAN DIEGO SPORTS ARENA and ARENA GROUP 2000, L.P., a California corporation,<br><br>Defendants. | Case No. '08 CV 0356 J RBB<br><br>**COMPLAINT FOR DAMAGES** |

Plaintiff Daktronics, Inc., for its Complaint against Arena Group 2000 Corporation, dba San Diego Sports Arena and Arena Group 2000, L.P., alleges as follows:

JURISDICTION AND VENUE

1. Daktronics, Inc. is a South Dakota corporation with its principal place of business in Brookings, South Dakota in the County of Brookings.

2. Defendant Founders of Arena Group 2000 Corporation is a California corporation doing business as San Diego Sports Arena and has its principal place of business at 3500 Sports Arena Boulevard, San Diego, California 92110.

3. Daktronics is informed and believes, and thereon alleges, that Defendant Founder of Arena Group 2000 Corporation also does business as Arena Group 2000, L.P., and has its

principal place of business at 12625 High Bluff Drive, San Diego, California 92130. The two defendants are referred to collectively herein as "Defendant."

4. This action is a civil action of which this Court has original jurisdiction under 28 U.S.C. § 1332 in that the matter is between citizens of different states and the amount in controversy exceeds the sum of $75,000, exclusive of interest and costs.

5. The conduct and transactions giving rise to this civil action occurred in the County of San Diego, State of California.

GENERAL ALLEGATIONS

6. On or about September 8, 1999, Daktronics and Defendant entered into a Sales Agreement relating to the manufacturing, delivery and installation of certain Daktronics display equipment at Defendant's facility, the San Diego Sports Arena, in San Diego, California. A true and correct copy of the Sales Agreement is attached as Exhibit A.

7. Under the terms of the Sales Agreement, Defendant agreed to pay Daktronics the amount of $1,238,856 through an initial deposit and 39 quarterly payments of $48,300.

8. On or about November 15, 1999, and April 4, 2000, Defendant and Daktronics executed two Change Orders which increased the total contract price, with applicable sales tax, to $1,298,008.70. The Change Orders also increased the amount of the quarterly payments due under the Sales Agreement. True and correct copies of the Change Orders are attached as Exhibits B and C, respectively.

9. Paragraph 14 of the Standard Terms and Conditions of the Sales Agreement provides that the Agreement is governed by the laws of the State of South Dakota.

10. Defendant has repeatedly made late payments to Daktronics throughout the course of the Sales Agreement and Change Orders. Although Defendant has made 29 of the required 39 quarterly payments, 18 of those quarterly payments have been late.

11. To date, Defendant has failed and refuses to pay Daktronics three past due quarterly payments totaling $151,818.66. These three quarterly payments were due and owing as of June 30, 2007, October 4, 2007, and January 2, 2008, respectively. True and correct copies of the three unpaid quarterly invoices are attached collectively as Exhibit D.

12. As of January 21, 2008, under the Sales Agreement and Change Orders, Defendant also owes Daktronics interest and late charges in the amount of $35,677.37. A true and correct copy of a spreadsheet detailing the interest and late charges Defendant owes Daktronics as of January 21, 2008, is attached as Exhibit E.

13. As of January 21, 2008, Defendant owes Daktronics a combined total of $187,496.03 for the three past due quarterly invoices and unpaid interest and late charges under the Sales Agreement and Change Orders.

14. Defendant also owes Daktronics an additional eight (8) quarterly payments under the Sales Agreement and Change Orders, over and above the three quarterly payments that are past due and owing.

FIRST CAUSE OF ACTION

BREACH OF CONTRACT

15. Daktronics hereby repeats and incorporates by reference paragraphs 1 through 14 inclusive, of the Complaint, as if set forth fully herein.

16. Defendant entered into the Sales Agreement and Change Orders constituting a binding contract with Daktronics.

17. The Sales Agreement required Defendant to make 40 total payments to Daktronics consisting of an initial deposit and 39 quarterly payments.

18. At all relevant times, Daktronics fully performed all conditions, covenants and promises required on its part under the Sales Agreement and Change Orders.

19. Defendant has breached the Sales Agreement and Change Orders by repeatedly making late payments under the Agreement and refusing to pay the applicable late charges incurred and by failing and refusing to pay the three outstanding quarterly invoices that are past due.

20. As of January 21, 2008, Defendant owes Daktronics $151,818.66 on the three past due quarterly invoices, and an additional $35,677.37 in interest and late charges, for a total of $187,496.03.

21. As a direct, legal and proximate cause of Defendant's breach of the Sales Agreement and Change Orders, Daktronics has suffered damages in the amount of $187,496.03 and/or has suffered damages in an amount to be proven at trial but in excess of the jurisdictional minimums of this Court.

SECOND CAUSE OF ACTION

BREACH OF CONTRACT – ACCELERATION OF ADDITIONAL PAYMENTS

22. Daktronics hereby repeats and incorporates by reference paragraphs 1 through 21 inclusive, of the Complaint, as if set forth fully herein.

23. In lieu of full and complete payment by Defendant at the time of installation of Daktronics' products, the Sales Agreement permitted Defendant to make an initial deposit followed by 39 quarterly payments to Daktronics.

24. Defendant has breached the obligation and has refused to make quarterly payments due and owing under the Sales Agreement and Change Orders.

25. Daktronics is entitled to an acceleration of all amounts due under the Sales Agreement and Change Orders, including the eight (8) additional quarterly payments that have yet to be paid.

26. As a direct, legal and proximate cause of Defendant's breach of the Sales Agreement and Change Orders, Daktronics is entitled to the remaining balance due under the Agreement in the amount of approximately $386,400, plus interest at the legal rate discounted to present value, and/or is entitled to an amount to be proven at trial but in excess of the jurisdictional minimums of this Court.

THIRD CAUSE OF ACTION

UNJUST ENRICHMENT

27. Daktronics hereby repeats and incorporates by reference paragraphs 1 through 26 inclusive, of the Complaint, as if set forth fully herein.

28. Defendant has been unjustly enriched by having received the benefits of Daktronics' equipment and fixtures under the Sales Agreement and Change Orders, without fully paying for those benefits.

29. Daktronics conferred a substantial benefit upon Defendant and it would be unjust for Defendant to retain this substantial benefit.

30. Daktronics is entitled to recover approximately $573,896.03 from Defendant, which represents $187,496.03 for payment of the three past due quarterly invoices and past due interest and late charges, and approximately $386,400 for the additional eight quarterly payments that have yet to be paid under the Sales Agreement and Change Orders. Daktronics is also entitled to recover interest at the legal rate on the approximate $386,400, discounted to present value.

WHEREFORE, Daktronics prays for judgment in its favor and against Defendant as follows:

1. For judgment in the amount of $187,496.03 on the First Cause of Action, plus interest after January 21, 2008;

2. For judgment in the amount of $386,400, plus interest at the legal rate discounted to present value, on the Second and Third Causes of Action, over and above the amounts sought in the First Cause of Action, for a combined total of $573,896.03, plus the applicable interest thereon;

3. For costs, disbursements, interest and fees; and

4. For such other and further relief as the Court may deem just and proper.

Dated: February 25, 2008

HAIGHT BROWN & BONESTEEL LLP

By: ______________________________
WILLIAM O. MARTIN, JR.
R. BRYAN MARTIN
STEPHENIE M. ALEXANDER
Attorneys for Plaintiff
DAKTRONICS, INC.

EXHIBIT A

# DAKTRONICS, INC.

331 32ND AVE. BROOKINGS, SD 57006 1-888-325-8463

## SALES AGREEMENT

Customer: San Diego Sports Arena

Address: 3500 Sports Arena Blvd.
San Diego, CA 92110

Order No. 7416

Date: 9/8/99

Address of Equipment: Same as above address

Terms: $48,300.00 due 01 April, 2000 and quarterly thereafter for 39 additional quarters.

I/We hereby order under the terms and conditions of this agreement, incorporated herein by reference, the following product(s):

Product Description: Daktronics, Inc. will manufacture, deliver and install all equipment as delineated in our quote #58149 Rev. #1 date 01 September 1999. Daktronics shall have equipment installed and operational by 15 November 1999.

Entire project will be secured by a personal guarantee from Mr. Ron Hahn. Mr. Hahn and Daktronics, Inc. (CFO) Mr. Paul Weinand, shall mutually agree upon terms and conditions of the final agreement.

This order does not include the following: All items as delineated in Daktronics quote #58149 Rev. #1 dated 01 September, 99 listed as facility installation responsibilities.

Total Equipment Cost: $1,149,750.00
Plus City/State Sales Tax: (7.5%) $89,106.00
Total With Tax: $1,238,856.00

Deposit: $48,300.00 due 4/1/00
Balance: 39 quarterly payments @ $48,300.00

* Authorized and agreed to this 9 day of SEPT. 1999.

Authorized and agreed to this 8th day of September, 1999.

BUYER: Arena Group 2000
INDIVIDUAL-PARTNERSHIP-CORPORATION

BY: [signature]

TITLE: President

SELLER: DAKTRONICS, INC.

BY: [signature]
Sales Representative
Gregg W. Selberg

ACCEPTED: [signature]

TITLE: [illegible] DATE: 13 Sept 99

***See term notes on reverse side.

* Subject to minimum 42' ground to board clearance & our final approval of exact height & clearance

DAKTRONICS, INC. 331 32nd Avenue P.O. Box 5128 Brookings, South Dakota 57006
Phone: (888) 325-8766 or (605) 697-4300 Fax: (605) 697-4700
on the internet: www.daktronics.com
For faster service call the appropriate Sales group toll-free:
888-DAKTRONICS (888-325-8766) General Sales
888-DAK SIGN (888-325-7446) Commercial Sales
888-[illegible]-8526 Industrial Sales
888-DAK SCORE (888-325-7267) School/Park & Rec/Jr. College Sales
888-DAK TIME (888-325-8463) Sr. College/University Sales
888-CHRONDEK (888-247-6633) Auto Racing Sales

EXHIBIT A

STANDARD TERMS AND CONDITIONS

1. DEFINITION OF TERMS: The interpretation of terms throughout these terms and conditions shall be in accordance with the following definitions:

"Seller" shall mean Daktronics, Inc

"Buyer" shall mean the customer or recipient requesting the goods named in this agreement

2. GENERAL: Unless otherwise specified. all quotations are for immediate acceptance and subject to change after the stated period without further notice All orders will be subject to approval by Seller's Credit Department and an authorized official of seller. Seller's commitments are contingent on fires, strikes and other causes beyond its control

3. ACCEPTANCE: Acceptance of customer's order is expressly made conditional on ascent with the terms and conditions set forth herein and on attachments hereto, and they shall constitute the complete agreement between the parties These terms and conditions may not be varied or Buyer's order terminated in any manner unless by a written agreement with legal consideration subsequently signed by an officer of the Seller Other representatives of the company are not authorized to vary the conditions herein set forth Failure to specifically descent to these terms and conditions within a reasonable time of Buyer's acceptance of any goods covered by this acknowledgment shall constitute an acceptance of said terms and conditions and shall be controlling in every case

4. PRICES: Seller's catalog prices are suggested list prices to end user and may be subject to dealer, trade, and quantity discounts. Seller's catalog prices are subject to change without notice unless stated as a firm price for a fixed period on the face of this form Freight and taxes are in addition to Seller's catalog prices

5. TERMS AND DISCOUNTS: Seller's terms are net 30 days unless stated differently on the face of this form. A service charge, including interest, of 1½ % per month will be charged after the due date or if buyer cannot accept product on the agreed delivery date. A trade discount of 2½ % for cash with the order is offered Seller's lease terms. quantity, and dealer discounts, when applicable, are quoted individually

6. CONTINGENCIES: No liability to the Seller shall result from delay in performance or non-performance caused by contingencies, happenings, or caused beyond the control of Seller, including but not limited to fire, flood, storm, power failure, labor trouble or shortage, war, acts of Government, accidents, material shortage, equipment failure, or Acts of God

7. PARTIAL SHIPMENT AND DELAY: Seller reserves the right to make delivery in installments, unless otherwise expressly stipulated in the contract for sale. and all such installments shall be separately invoiced and paid for when due per invoice, without regard to subsequent deliveries Delay in delivery of any installment shall not relieve Buyer of its obligation to accept remaining deliveries Seller, at his option, may cancel this order with respect to any undelivered equipment or extend the delivery date for a period equal to the time lost because of delayed period Notice of this election shall be given promptly by Seller. In the event Seller elects to cancel the order, Seller shall be released of and from all liability for failure to deliver the products, including buy not limited to any and all claims on behalf of the Buyer for lost products or any other claim of any nature which Buyer might have

8. CANCELLATION: In the event of cancellation by the Buyer, Seller is entitled to payment for all finished, in process items (including tools) and non cancelable material commitments as of the date that notice of cancellation is received by the Seller

9. CARRIERS: Shipments will be by UPS whenever possible Motor freight will be used for larger items. Air freight will be used upon Buyer request. Shipment will be FOB Seller's plant unless stated differently on the face of this form.

10. WARRANTY:

A. General Terms

Daktronics, Inc. neither makes nor authorizes any agent or representative to make any other warranty of fitness or of merchantability, guarantee, or representation, express or implied, concerning the products Critical and unforseeable factors beyond the control of Daktronics, Inc., prevent it from eliminating all risks in connection with the use of these products Such risks occur even though the product is reasonably fit for its intended use Buyer and user acknowledge and assume all risks and liability resulting from the handling, storage and use of these products. including all consequential damages resulting therefrom, except those expressly stated hereon.

B. Specific Terms

Specific Terms vary with product A written copy of the warranty, together with installation, operating, and maintenance instructions shall by furnished with each product.

11. RETURN OF PRODUCTS: Products may not be returned to Seller without Seller's prior written permission Returned products must be securely packed to reach Seller without damage, will be assessed a 15% restocking charge. and any costs incurred by Seller to put products in the first-class condition shall be charged to the Buyer All the risks of loss of damages in transit of returned products shall be borne by the Buyer

12. CLERICAL ERRORS: Stenographic and clerical errors are subject to correction

13. CLAIMS AND FREIGHT DAMAGE: It is the Buyer's responsibility to inspect packing and contents for evidence of damage during shipment. If damage is evident, file a claim with the carrier No material may be returned to the Seller without prior written approval. If such authorized return shipments are made, the Seller reserves the right to refuse the shipment or the shipment will be held as the Buyer's property without responsibility to Seller Approval for return will only be given upon terms that will fully indemnify the Seller

14. THIS AGREEMENT will be covered by the laws of the State of South Dakota

OCT-12-1999 15:24 P.001/001

7:30a.m.
RECEIVED 13 OCT 1999
SAA

# CHANGE ORDER # 01

Project: San Diego Sports Arena

Change Order Amount $ 40,000.00
Daktronics Contract # C8880
Purchase Order # Sales Agreement

To: Daktronics, Inc
331, 32nd Ave
PO Box 5128
Brookings, SD 57006

You are directed to make the following changes in this contract:

*Detailed listing of change order noted here*

1). Upgrade of control equipment per Clark-Powell Associates, Inc. proposal #100199 dated 1 October 1999.

Not valid until signed by Owner.

Signature of the Contractor indicates agreement herewith, including any adjustments in the Contract Sum or Contract Time.

| | |
|---|---|
| The original Contract Sum was.............................................. | $ 1,149,750.00 |
| Previously Approved Change Orders.............................................. | $ 0 |
| Contract Sum after Previous Change Orders.............................................. | $ 1,149,750.00 |
| The Contract Sum will be increased by this change order.............................................. | $ 40,000.00 |
| The new Contract Sum including this Change Order will be.............................................. | $ 1,189,750.00 |

The Contract Time will be unchanged.

| CUSTOMER Authorized/Approved: | DAKTRONICS Agreed/To: | DAKTRONICS Company Manager Approval: |
|---|---|---|
| Signature: [signature] | Signature: [signature] | Signature: [signature] |
| Printed name/title: [handwritten] | Printed name/title: [handwritten], P.M. | Printed name/title: Paul J. Wenand CFO |
| Date: 10/12/99 | Date: 12 OCT 99 | Date: 11/15/99 |

| FOR ACCOUNTING PURPOSES ONLY: | | | | |
|---|---|---|---|---|
| Trigger # | Description | Estimated Date | Percentage | Amount |
| C1 | [handwritten] | | | |
| | | | | |

CC: Accounting, Sales Order Entry, Project Materials Manager, Project Manager
DF-1215 Rev#3 16NOV98

EXHIBIT B

TOTAL P.001

EXHIBIT C

03/30/00 08 A P.002

# CHANGE ORDER #02

Project: San Diego Sports Arena

Change Order Amount $17.700.00
Daktronics Contract # C8880
Purchase Order - signed agreement

To: Daktronics, Inc
331, 32nd Ave
PO Box 5128
Brookings, SD 57006

You are directed to make the following changes in this contract:

*Conduit and cable pulls to camera locations*

Not valid until signed by Owner.

Signature of the Contractor indicates agreement herewith, including any adjustments in the Contract Sum or Contract Time.

| | |
|---|---|
| The original Contract Sum was | $1,149,750.00 |
| Previously Approved Change Orders | $ 40,000.00 |
| Contract Sum after Previous Change Orders | $1,189,750.00 |
| The Contract Sum will be increased by this change order | $ 17,700 00 |
| The new Contract Sum including this Change Order will be | $1,207,450.00 |
| The new Contract Sum including this Change Order and 7.5% sales tax | $1,298,008.70 |

The Contract Time will be unchanged.

| OWNER | DAKTRONICS | DAKTRONICS |
|---|---|---|
| Authorized/Approved: | Agreed To: | Company Manager Approval: |
| Signature: [signature] | Signature: [signature] | Signature: [signature] |
| Printed name/title: ERNIE HAHN GM | Printed name/title: Rusty Lerners/Sales Rep | Printed name/title: Paul Weiwand |
| Date: 1/25/00 | Date: 16 Nov 99 | Date: 4/4/00 |

FOR ACCOUNTING PURPOSES ONLY:

| Trigger # | Description | Estimated Date | Percentage | Amount |
|---|---|---|---|---|
| | | | | |
| | | | | |

CC: Accounting, Sales Order Entry, Project Materials Manager, Project Manager, PMM, Design Team
DF-1215 Rev#5 22DEC98

EXHIBIT
C



201 Daktronics Drive PO Box 5100
Brookings, SD 57006-5100
tel 605-697-4000
fax 605-697-4700
www daktronics com

Remit To:
DAKTRONICS, INC
SDS-12-2222
PO BOX 86
MINNEAPOLIS, MN 55486 (USA)

**Invoice No:** 6189207
**Invoice Date:** 05/31/07
**Payment Due Date:** 06/30/07
**Cust No:** 130017-01
**Purchase Order No:** SEE AGREEMENT

**Sold To:**
ACCOUNTS PAYABLE
SAN DIEGO SPORTS ARENA
3500 SPORTS ARENA BLVD
SAN DIEGO, CA 92110 (USA)

**Ship To:**

Attn: ERNIE HAHN

| Our Job | Shipped Via | Delivery Terms | Payment Terms |
|---|---|---|---|
| A8880-01 | | FOB DAKTRONICS | NET 30 DAYS |

| LINE | ITEM DESCRIPTION | UNIT OF MEASURE | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| | QUARTERLY PAYMENT DUE ON THE CONTRACT ON THE DISPLAY AT THE SAN DIEGO SPORTS ARENA | | | | |
| | \QUARTERLY PAYMENT DUE | | | 50,606.2200 | 50,606.22 |
| | PAYMENT #30 OF 40 | | | | |

| | |
|---|---|
| Items Subtotal | 50,606.22 |
| Subtotal | 50,606 22 |
| Tax | .00 |
| TOTAL | 50,606 22 |

For questions regarding this invoice please contact the corporate billing office at (605) 697-4000

Federal Tax I.D. #46-0306862
Make payment from this invoice.
No return goods accepted without prior authorization.
For invoice inquiry, contact us at acctsrec@daktronics.com
To receive proper credit, please indicate Invoice Number 6189207 on your remittance.

INVOICE TOTAL In US Dollars 50,606.22

EXHIBIT D



201 Daktronics Drive PO Box 5100
Brookings, SD 57006-5100
tel 605-697-4000
fax 605-697-4700
www daktronics com

**Remit To:**
DAKTRONICS, INC
SDS-12-2222
PO BOX 86
MINNEAPOLIS, MN 55486 (USA)

**Invoice No:** 6204403
**Invoice Date:** 09/04/07
**Payment Due Date:** 10/04/07
**Cust No:** 130017-01
**Purchase Order No:** SEE AGREEMENT

Page 1 of 1

**Sold To:**
ACCOUNTS PAYABLE
SAN DIEGO SPORTS ARENA
3500 SPORTS ARENA BLVD
SAN DIEGO, CA 92110 (USA)

**Ship To:**

Attn: ERNIE HAHN

| Our Job | Shipped Via | Delivery Terms | Payment Terms |
|---|---|---|---|
| A8880-01 | | FOB DAKTRONICS | NET 30 DAYS |

| LINE | ITEM DESCRIPTION | UNIT OF MEASURE | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| | QUARTERLY PAYMENT DUE ON THE CONTRACT ON THE DISPLAY AT THE SAN DIEGO SPORTS ARENA | | | | |
| | \QUARTERLY PAYMENT DUE | | | 50,606 2200 | 50,606 22 |
| | PAYMENT #31 OF 40 | | | | |

| | |
|---|---|
| Items Subtotal | 50,606.22 |
| Subtotal | 50,606.22 |
| Tax | .00 |
| TOTAL | 50,606.22 |

For questions regarding this invoice please contact the corporate billing office at (605) 697-4000.

DAKTRONICS

Federal Tax I.D. #46-0306862
Make payment from this invoice.
No return goods accepted without prior authorization
For invoice inquiry, contact us at *acctsrec@daktronics.com*
To receive proper credit, please indicate Invoice Number *6204403* on your remittance.

**INVOICE TOTAL**
In US Dollars

**50,606.22**



201 Daktronics Drive PO Box 5100
Brookings, SD 57006-5100
tel 605-697-4000
fax 605-697-4700

www.daktronics.com

**Remit To:**
DAKTRONICS, INC.
SDS-12-2222
PO BOX 86
MINNEAPOLIS, MN 55486 (USA)

**Invoice No:** 6222415
**Invoice Date:** 12/03/07
**Payment Due Date:** 01/02/08
**Cust No:** 130017-01
**Purchase Order No:** SEE AGREEMENT

**Sold To:**
ACCOUNTS PAYABLE
SAN DIEGO SPORTS ARENA
3500 SPORTS ARENA BLVD
SAN DIEGO, CA 92110 (USA)

Attn: ERNIE HAHN

**Ship To:**

| Our Job | Shipped Via | Delivery Terms | Payment Terms |
|---|---|---|---|
| A8880-01 | | FOB DAKTRONICS | NET 30 DAYS |

| LINE | ITEM DESCRIPTION | UNIT OF MEASURE | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| | QUARTERLY PAYMENT DUE ON THE CONTRACT ON THE DISPLAY AT THE SAN DIEGO SPORTS ARENA | | | | |
| | \QUARTERLY PAYMENT DUE | | | 50.606.2200 | 50,606.22 |
| | PAYMENT #32 OF 40 | | | | |

| | |
|---|---|
| Items Subtotal | 50,606.22 |
| Subtotal | 50,606.22 |
| Tax | .00 |
| TOTAL | 50,606.22 |

For questions regarding this invoice please contact the corporate billing office at (605) 697-4000.

Federal Tax I D. #46-0306862
Make payment from this invoice
No return goods accepted without prior authorization.
For invoice inquiry, contact us at *acctsrec@daktronics.com*
To receive proper credit, please indicate Invoice Number *6222415* on your remittance.

**INVOICE TOTAL**
In US Dollars

**50,606.22**

EXHIBIT E

**Late Charges Due from San Diego Sports Arena Late Payments as of 21 January 2008**

| Invoice # | Date Due | Date Paid | Interest Due | |
|---|---|---|---|---|
| 6009679 | 5/6/2000 | 3/20/2000 | $0.00 | |
| 6010412 | 6/20/2000 | 7/3/2000 | $0.00 | |
| 6012214 | 9/22/2000 | 10/2/2000 | $0.00 | |
| 6014303 | 12/24/2000 | 1/8/2001 | $0.00 | |
| 6016005 | 3/24/2001 | 4/2/2001 | $0.00 | |
| 6017913 | 6/27/2001 | 7/2/2001 | $0.00 | |
| 6020089 | 10/4/2001 | 10/30/2001 | $0.00 | |
| 6021777 | 12/10/2001 | 1/7/2002 | $0.00 | |
| 6023462 | 3/11/2002 | 5/28/2002 | $1,518.19 | 2 months late charges |
| 6024777 | 5/10/2002 | 7/18/2002 | $1,518.19 | 2 months late charges |
| 6027420 | 9/10/2002 | 10/16/2002 | $759.09 | 1 month late charge |
| 6029674 | 12/10/2002 | 3/10/2003 | $2,277.28 | 3 months late charges |
| 6030859 | 2/12/2003 | 5/2/2003 | $1,518.19 | 2 months late charges |
| 6033523 | 6/10/2003 | 7/14/2003 | $759.09 | 1 month late charge |
| 6035453 | 10/3/2003 | 12/14/2003 | $1,518.19 | 2 months late charges |
| 6037964 | 1/3/2004 | 1/20/2004 | $0.00 | |
| 6045273 | 4/1/2004 | 7/1/2004 | $2,277.28 | 3 months late charges |
| 6053265 | 7/2/2004 | 9/3/2004 | $1,518.19 | 2 months late charges |
| 6061513 | 10/7/2004 | 10/12/2004 | $0.00 | |
| 6070490 | 1/1/2005 | 2/14/2005 | $759.09 | 1 month late charge |
| 6079617 | 3/31/2005 | 11/4/2005 | $5,313.65 | 7 months lat charges |
| 6089468 | 7/2/2005 | 7/29/2005 | $0.00 | |
| 6098858 | 10/6/2005 | 11/21/2005 | $759.09 | 1 month late charge |
| 6109948 | 12/31/2005 | 4/17/2006 | $2,277.28 | 3 months late charges |
| 6120982 | 3/31/2006 | 5/22/2006 | $759.09 | 1 month late charge |
| 6132840 | 7/1/2006 | 11/6/2006 | $3,036.37 | 4 months late charges |
| 6143799 | 9/27/2006 | 11/6/2006 | $759.09 | 1 month late charge |
| 6170829 | 3/23/2007 | 5/14/2007 | $759.09 | 1 month late charge |
| 6172366 | 4/4/2007 | 5/14/2007 | $759.09 | 1 month late charge |
| 6189207 | 6/30/2007 | Not paid | $4,554.56 | 6 months late charges |
| 6204403 | 10/4/2007 | Not paid | $2,277.28 | 3 months late charges |
| 6222415 | 1/2/2008 | Not paid | | |
| **Total Interest Due on Late Payments** | | | $35,677.37 | |

***Late Charge is 1.5% of payment per month

**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF CALIFORNIA
SAN DIEGO DIVISION

**# 148048 - SH**

**February 25, 2008**
**15:40:02**

**Civ Fil Non-Pris**
USAO #.: 08CV0356
Judge..: NAPOLEON A JONES, JR
Amount.: $350.00 CK
Check#.: BC274434

**Total-> $350.00**

FROM: DAKTRONICS V. FOUNDERS OF AREN

JS 44 (Rev. 12/07)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I. (a) PLAINTIFFS**
Daktronics, Inc.

**DEFENDANTS**
Founders of Arena Group 2000 Corporation dba San Diego Sports Arena and Arena Group 2000 L.P.

FILED
08 FEB 25 PM 3:39

(b) County of Residence of First Listed Plaintiff Brookings, South Dakota
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant San Diego
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)
William O. Martin
R. Bryan Martin
Stephenie M. Alexander
HAIGHT, BROWN & BONESTEEL, LLP
6080 Center Drive, Ste 800, Los Angeles, CA 90045

Attorneys (If Known)

DEPUTY

'08 CV 0356 J RBB

**II. BASIS OF JURISDICTION** (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☒ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☒ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** (Place an "X" in One Box Only)

**CONTRACT**
☐ 110 Insurance; ☐ 120 Marine; ☐ 130 Miller Act; ☐ 140 Negotiable Instrument; ☐ 150 Recovery of Overpayment & Enforcement of Judgment; ☐ 151 Medicare Act; ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans); ☐ 153 Recovery of Overpayment of Veteran's Benefits; ☐ 160 Stockholders' Suits; ☒ 190 Other Contract; ☐ 195 Contract Product Liability; ☐ 196 Franchise

**REAL PROPERTY**
☐ 210 Land Condemnation; ☐ 220 Foreclosure; ☐ 230 Rent Lease & Ejectment; ☐ 240 Torts to Land; ☐ 245 Tort Product Liability; ☐ 290 All Other Real Property

**TORTS**
PERSONAL INJURY: ☐ 310 Airplane; ☐ 315 Airplane Product Liability; ☐ 320 Assault, Libel & Slander; ☐ 330 Federal Employers' Liability; ☐ 340 Marine; ☐ 345 Marine Product Liability; ☐ 350 Motor Vehicle; ☐ 355 Motor Vehicle Product Liability; ☐ 360 Other Personal Injury
PERSONAL INJURY: ☐ 362 Personal Injury—Med. Malpractice; ☐ 365 Personal Injury — Product Liability; ☐ 368 Asbestos Personal Injury Product Liability
PERSONAL PROPERTY: ☐ 370 Other Fraud; ☐ 371 Truth in Lending; ☐ 380 Other Personal Property Damage; ☐ 385 Property Damage Product Liability

**CIVIL RIGHTS**
☐ 441 Voting; ☐ 442 Employment; ☐ 443 Housing/ Accommodations; ☐ 444 Welfare; ☐ 445 Amer. w/Disabilities - Employment; ☐ 446 Amer. w/Disabilities - Other; ☐ 440 Other Civil Rights

**PRISONER PETITIONS**
☐ 510 Motions to Vacate Sentence; Habeas Corpus: ☐ 530 General; ☐ 535 Death Penalty; ☐ 540 Mandamus & Other; ☐ 550 Civil Rights; ☐ 555 Prison Condition

**FORFEITURE/PENALTY**
☐ 610 Agriculture; ☐ 620 Other Food & Drug; ☐ 625 Drug Related Seizure of Property 21 USC 881; ☐ 630 Liquor Laws; ☐ 640 R.R. & Truck; ☐ 650 Airline Regs.; ☐ 660 Occupational Safety/Health; ☐ 690 Other

**LABOR**
☐ 710 Fair Labor Standards Act; ☐ 720 Labor/Mgmt. Relations; ☐ 730 Labor/Mgmt.Reporting & Disclosure Act; ☐ 740 Railway Labor Act; ☐ 790 Other Labor Litigation; ☐ 791 Empl. Ret. Inc. Security Act

**IMMIGRATION**
☐ 462 Naturalization Application; ☐ 463 Habeas Corpus – Alien Detainee; ☐ 465 Other Immigration Actions

**BANKRUPTCY**
☐ 422 Appeal 28 USC 158; ☐ 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
☐ 820 Copyrights; ☐ 830 Patent; ☐ 840 Trademark

**SOCIAL SECURITY**
☐ 861 HIA (1395ff); ☐ 862 Black Lung (923); ☐ 863 DIWC/DIWW (405(g)); ☐ 864 SSID Title XVI; ☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
☐ 870 Taxes (U.S. Plaintiff or Defendant); ☐ 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
☐ 400 State Reapportionment; ☐ 410 Antitrust; ☐ 430 Banks and Banking; ☐ 450 Commerce; ☐ 460 Deportation; ☐ 470 Racketeer Influenced and Corrupt Organizations; ☐ 480 Consumer Credit; ☐ 490 Cable/Sat TV; ☐ 810 Selective Service; ☐ 850 Securities/Commodities/ Exchange; ☐ 875 Customer Challenge 12 USC 3410; ☐ 890 Other Statutory Actions; ☐ 891 Agricultural Acts; ☐ 892 Economic Stabilization Act; ☐ 893 Environmental Matters; ☐ 894 Energy Allocation Act; ☐ 895 Freedom of Information Act; ☐ 900 Appeal of Fee Determination Under Equal Access to Justice; ☐ 950 Constitutionality of State Statutes

**V. ORIGIN** (Place an "X" in One Box Only)
☒ 1 Original Proceeding; ☐ 2 Removed from State Court; ☐ 3 Remanded from Appellate Court; ☐ 4 Reinstated or Reopened; ☐ 5 Transferred from another district (specify); ☐ 6 Multidistrict Litigation; ☐ 7 Appeal to District Judge from Magistrate Judgment

**VI. CAUSE OF ACTION**
Cite the U.S. Civil Statute under which you are filing **(Do not cite jurisdictional statutes unless diversity):**
28 U.S.C. Section 1332
Brief description of cause:
Breach of Contract; Breach of Contract-acceleration of additional payments; Unjust Enrichment

**VII. REQUESTED IN COMPLAINT:**
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $573,896.03 (plus interest)
CHECK YES only if demanded in complaint: **JURY DEMAND:** ☐ Yes ☐ No

**VIII. RELATED CASE(S) IF ANY** (See instructions): JUDGE ______ DOCKET NUMBER ______

DATE February 25, 2008
SIGNATURE OF ATTORNEY OF RECORD [signature]

**FOR OFFICE USE ONLY**
RECEIPT # 148048 AMOUNT $350 APPLYING IFP ______ JUDGE ______ MAG. JUDGE ______
col 2/25/08

American LegalNet, Inc. www.FormsWorkflow.com