Summons in a Civil Action (Rev 11/97)

# United States District Court

FILED

## SOUTHERN DISTRICT OF CALIFORNIA

08 FEB 27  PM 2: 19

CLERK. U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

DAKTRONICS, INC., a South Dakota corporation

Plaintiff

vs

FOUNDERS OF ARENA GROUP 2000
CORPORATION dba SAN DIEGO SPORTS
ARENA and ARENA GROUP 2000, L.P., a
California corporation

Defendants

**SUMMONS IN A CIVIL ACTION**

Case No. 08CV0356JRBB

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and
serve upon PLAINTIFF'S ATTORNEY

R. Bryan Martin
HAIGHT BROWN & BONESTEEL LLP
6080 Center Drive, Suite 800
Los Angeles, California 90045

An answer to the complaint which is herewith served upon you, within ____20____ days after
service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment
by default will be taken against you for the relief demanded in the complaint.

FEB 27 2008

_____W. Samuel Hamrick, Jr._____              _____
CLERK                                                        DATE

(SEAL)
J. PARIS

By _____, Deputy Clerk

Summons in a Civil Action

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)