## MINUTES OF THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

DAKTRONICS v. FOUNDERS OF ARENA GROUP 2000          Case No. 08CV356 DMS(RBB)

**Time Spent:**

HON. RUBEN B. BROOKS      CT. DEPUTY VICKY LEE                    Rptr.

<u>Attorneys</u>

<u>Plaintiffs</u>                                         <u>Defendants</u>

PROCEEDINGS:   ____ In Chambers    ____ In Court    ____ Telephonic

The settlement disposition conference on May 22, 2008, at 8:00 a.m. is vacated and reset for June 17, 2008, at 8:00 a.m.

DATE: May 14, 2008          IT IS SO ORDERED:  *Ruben Brooks*
                                                Ruben B. Brooks,
                                                U.S. Magistrate Judge
cc:  Judge Sabraw                    INITIALS: VL (mg/irc) Deputy
     All Parties of Record