Kenneth J. Medel, Esq., SBN 89680
Christopher M. Freistedt, Esq., SBN 167697
THE MEDEL LAW FIRM
110 West C Street, Suite 1515
San Diego, CA 92101
Telephone: (619) 702-0750
Facsimile: (619) 702-0755

Attorneys for Defendant, FOUNDERS OF ARENA GROUP 2000 CORPORATION

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAKTRONICS, INC., a South Dakota corporation,<br><br>Plaintiff,<br><br>vs.<br><br>FOUNDERS OF ARENA GROUP 2000 CORPORATION dba SAN DIEGO SPORTS ARENA and ARENA GROUP 2000, L.P., a California corporation,<br><br>Defendants. | Case No.: 08 CV 0356 J RBB<br><br>EX PARTE APPLICATION FOR CONTINUANCE OF EARLY NEUTRAL EVALUATION CONFERENCE BY DEFENDANT FOUNDERS OF ARENA GROUP 2000 CORPORATION<br><br>Magistrate Judge: Ruben B. Brooks<br>Department: B<br>Trial Date: None |

DEFENDANT FOUNDERS OF ARENA GROUP 2000 CORPORATION dba SAN DIEGO SPORTS ARENA and ARENA GROUP 2000, L.P., a California corporation, hereby applies ex parte for a continuance of the Early Neutral Evaluation Conference (ENE) to a date in early August of 2008. The ENE is presently set for July 16, 2008.

This is a breach of contract action related to an installment contract for a large digital display at the San Diego Sports Arena which was purchased from Daktronics, Inc. a few years ago. Defendant failed to make certain payments on time and plaintiff filed suit claiming breach and a right to acceleration of payments. Defendant is current on its payments as of this

writing. The parties' principals have been attempting to negotiate a settlement directly, but have to some extent been talking past each other. It appears that the Court's help at the ENE may be able to bring the parties closer if not to a settlement in this matter and end the ligitation.

The basis for this request is that the principles/decision makers for each of the parties are not available on July 16, 2008. One of two key decision makers for Defendant Arena Group 2000, Ernest Hahn, III, is out of town on a pre-paid vacation from July 16 to July 31, 2008. Defendant was initially prepared to try to work around Mr. Hahn's absence, but defense counsel inadvertently had an important hearing in an El Centro state court matter continued to July 16, 2008 in conflict with the instant matter. Defense counsel contacted plaintiff's counsel to inquire as to whether there would be any objection to a continuance of the ENE in light of this conflict. Both counsel agreed that a continuance was necessary, but when defense counsel contacted the Court's clerk we were informed that an ex parte application was needed due to the fact of this ENE having been continued previously.

In the interim between the lawyers' contact with each other and learning of the need for an ex parte application, two things happened. First, defense counsel's El Centro hearing was again continued by the court to July 24th thus removing the impediment for Defendant appearing on July 16th. Second, plaintiff's representatives at the ENE, who are coming from South Dakota, changed their travel and schedule plans apparently thinking that the ENE was definitely going to be continued. They are not available on July 16th at this time.

The parties apologize to the Court for having to make this request to continue the matter. The miscommunication between and amongst the parties that led to this request is somewhat indicative of what has hindered settlement of the case in the first place.

/ / /

/ / /

/ / /

/ / /

/ / /

Defendant Arena Group 2000 therefore requests, with Plaintiff's agreement and joinder, that the Early Neutral Evaluation Conference be continued until a date in early August to be selected by the Court or as soon thereafter as is convenient for the Court's calendar.

Respectfully submitted.

Dated: July 11, 2008

THE MEDEL LAW FIRM

/S/ Christopher Freistedt, Esq.
Kenneth J. Medel, Esq.
Christopher M. Freistedt, Esq.
Attorneys for Defendant,
FOUNDERS OF ARENA GROUP 2000

Kenneth J. Medel, Esq., SBN 89680
Christopher M. Freistedt, Esq., SBN 167697
THE MEDEL LAW FIRM
110 West C Street, Suite 1515
San Diego, CA 92101
Telephone: (619) 702-0750
Facsimile: (619) 702-0755

Attorneys for Defendant, FOUNDERS OF ARENA GROUP 2000 CORPORATION

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

DAKTRONICS, INC., a South Dakota corporation,

Plaintiff,

vs.

FOUNDERS OF ARENA GROUP 2000 CORPORATION dba SAN DIEGO SPORTS ARENA and ARENA GROUP 2000, L.P., a California corporation,

Defendants.

Case No.: 08 CV 0356 J RBB

DECLARATION OF CHRISTOPHER M. FREISTEDT, ESQ. IN SUPPORT OF EX PARTE APPLICATION FOR CONTINUANCE OF EARLY NEUTRAL EVALUATION CONFERENCE BY DEFENDANT FOUNDERS OF ARENA GROUP 2000 CORPORATION

Magistrate Judge: Ruben B. Brooks
Department: B
Trial Date: None

I, Christopher M. Freistedt, Esq., do hereby declare under penalty of perjury under the laws of the United States of America as follows:

1. I am an attorney licensed to practice in the United States District Court, Southern District of California, and an associate with The Medel Law Firm, attorney for Defendant Founders of Arena Group 2000 Corporation herein.

2. If called as a witness I could and would testify competently as to the facts set forth in this declaration. They are of my own personal knowledge except where set forth on information and belief.

3. This is a breach of contract action on an installment contract related to a large digital display at the San Diego Sports Arena. The display was purchased by the defendant from plaintiff Daktronics, Inc. several years ago. Plaintiff contends that Defendant was late in paying several payments on the contract and have filed this action alleging breach of contract and a right to acceleration of payments. Defendant is current on the contract as of the date of this writing.

4. The principals from both parties have been negotiating with each other directly without their attorneys as intermediaries. However, they seem to be talking past each other although both sides appear to genuinely believe that they can resolve this matter. I believe, and am informed and believe that counsel for plaintiff shares my belief at least in principle, that the negotiation process would be greatly assisted by the Court's involvement at the Early Neutral Evaluation Conference.

5. When the Early Neutral Evaluation Conference was initially set for July 16, 2008 there did not appear to be any calendar conflict for the defense. In the meantime, however, a very important state court motion hearing in the case of Enders v. El Centro Regional Medical Center, et. al. (Case number EU03892) was set for the same date. In addition, defense counsel learned that one of the key decision makers for Arena Group 2000 had a pre-paid vacation scheduled to begin on July 16th although defendant believed that this impediment could be worked around. I contacted counsel for Daktronics, Bryan Martin, Esq., to inform him of the conflict and inquire as to his attitude toward a continuance of the conference. He assented to a continuance and I indicated that I would contact the court clerk to request one.

6. My office learned that a continuance could only be obtained via an ex parte application versus a phone call to the court clerk due to the fact that the conference had been previously continued. My office also was contacted by the El Centro court and informed that the July 16th motion hearing was continued on the court's own motion to July 24th. I contacted Mr. Martin again to inform him that we could either appear ex parte or go forward with the conference. He informed me that his client had made scheduling and/or travel plans thinking that the conference would be continued and could no longer attend. Again, they are coming

from South Dakota versus my client who is local.

7. Rather than risk missing a very good opportunity to resolve this case, the parties are requesting that this court grant a short continuance to a date in early August. The parties have not requested a particular date in order to give the Court maximum flexibility vis-à-vis its own busy calendar.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed this 11th day of July 2008 at San Diego, California.

/s/ Christopher Freistedt, Esq.
Christopher M. Freistedt, Esq.

Kenneth J. Medel, Esq., SBN 89680
Christopher M. Freistedt, Esq., SBN 167697
THE MEDEL LAW FIRM
110 West C Street, Suite 1515
San Diego, CA 92101
Telephone: (619) 702-0750
Facsimile: (619) 702-0755

Attorneys for Defendant, FOUNDERS OF ARENA GROUP 2000

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAKTRONICS, INC., a South Dakota corporation,<br><br>Plaintiff,<br><br>vs.<br><br>FOUNDERS OF ARENA GROUP 2000 CORPORATION dba SAN DIEGO SPORTS ARENA and ARENA GROUP 2000, L.P., a California corporation,<br><br>Defendants. | Case No.: 08 CV 0356 J RBB<br><br>PROOF OF SERVICE |

I, Christopher M. Freistedt, do hereby state:

I am a citizen of the United States and a resident of the County of San Diego, State of California. I am over the age of eighteen years, and am not a party to the within action. My business address is 110 West C Street, Suite 1515, San Diego, California 92101.

On this 11th day of July, 2008, I served the EX PARTE APPLICATION FOR CONTINUANCE OF EARLY NEUTRAL EVALUATION CONFERENCE BY DEFENDANT FOUNDERS OF ARENA GROUP 2000 CORPORATION and DECLARATION OF CHRISTOPHER M. FREISTEDT, ESQ. IN SUPPORT OF EX PARTE APPLICATION FOR

CONTINUANCE OF EARLY NEUTRAL EVALUATION CONFERENCE BY DEFENDANT FOUNDERS OF ARENA GROUP 2000 CORPORATION in Case No. 08 CV 0356 J RBB electronically through the CM/ECF system for the Southern District of California on HAIGHT BROWN & BONESTEEL, LLP, a registered user of the CM/ECF system which electronically notifies the following:

R. Bryan Martin, Attorney for Plaintiff Dakronics, Inc., bmartin@hbblaw.com.

I certify under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

EXECUTED this 11th day of July 2008, at San Diego, California.

/s/ Christopher Freistedt, Esq.

Christopher M. Freistedt