# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAKTRONICS, INC., a South Dakota corporation,<br><br>Plaintiff,<br><br>vs.<br><br>FOUNDERS OF ARENA GROUP 2000 CORPORATION dba SAN DIEGO SPORTS ARENA and ARENA GROUP 2000, L.P., a California corporation,<br><br>Defendants. | Case No.: 08 CV 0356 DMS-RBB<br><br>ORDER DENYING IN PART EX PARTE APPLICATION FOR CONTINUANCE OF EARLY NEUTRAL EVALUATION CONFERENCE BY DEFENDANT FOUNDERS OF ARENA GROUP 2000 CORPORATION<br><br>Magistrate Judge:  Ruben B. Brooks<br>Department:  B<br>Trial Date:  None |

TO: ALL PARTIES AND THEIR ATTORNEYS OF RECORD

The Court, having read and considered the Ex Parte Application For Continuance Of Early Neutral Evaluation Conference By Defendant Founders Of Arena Group 2000 Corporation, hereby rules on the application as follows:

(proposed) ORDER ON EX PARTE APPLICATION FOR CONTINUANCE OF EARLY NEUTRAL EVALUATION CONFERENCE BY DEFENDANT FOUNDERS OF ARENA GROUP 2000 CORPORATION

1 | The Application is DENIED in part and a telephonic, attorneys-only Early Neutral
2 | Evaluation Conference will take place on July 16, 2008, at 2:00 p.m. in Chambers.

4 | IT IS SO ORDERED.

6 | Dated: July 14, 2008

*[signature]*
The Honorable Ruben B. Brooks
United States Magistrate Judge

2

(proposed) ORDER ON EX PARTE APPLICATION FOR CONTINUANCE OF EARLY NEUTRAL
EVALUATION CONFERENCE BY DEFENDANT FOUNDERS OF ARENA GROUP 2000 CORPORATION