# MINUTES OF THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

DAKTRONICS v. FOUNDERS OF ARENA GROUP 2000           Case No. 08CV356 DMS(RBB)
                                                    **Time Spent: 10 min.**

HON. RUBEN B. BROOKS       CT. DEPUTY VICKY LEE                         Rptr.

                              Attorneys
      Plaintiffs                              Defendants

Bryan Martin                           Kenneth Medel


PROCEEDINGS:    ____ In Chambers    ____ In Court    X  Telephonic

A telephonic early neutral evaluation conference and case management conference were held.

A settlement conference is set for August 22, 2008, at 8:30 a.m.

**All parties and counsel shall be present at the conference in Judge Brooks's chambers, 940 Front Street, Room 1185. Parties other than individuals shall bring a non-lawyer representative with complete authority to enter into a binding settlement and a claims adjuster, if appropriate.**

DATE: July 16, 2008           IT IS SO ORDERED:  /s/ Ruben Brooks
                                                 Ruben B. Brooks,
                                                 U.S. Magistrate Judge
cc:  Judge Sabraw                       INITIALS: VL (mg/irc) Deputy
     All Parties of Record